### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**LADRECO HOWARD**                                                                **PLAINTIFF**

**VERSUS**                                     **CIVIL ACTION NO. 3:19cv252-TSL-RHW**

**STATE OF MISSISSIPPI**                                         **DEFENDANT**

### REPORT AND RECOMMENDATION

Before the Court is [2] the *pro se* Plaintiff's motion for leave to proceed *in forma pauperis* (IFP) in this lawsuit filed April 11, 2019 challenging actions by the Department of Motor Vehicles.  Leave to proceed *in forma pauperis* is a privilege, not a right.  *Evensky v. Wright*, 45 F.R.D. 506, 507-08 (N.D. Miss. 1968).  Whether to grant or deny leave to proceed IFP is left to the sound discretion of the District Court.  *Willard v. U.S.*, 299 F.Supp. 1175, 1177 (N.D. Miss. 1969), *aff'd*, 422 F.2d 810 (5th Cir. 1970).  Plaintiff submitted an IFP application in which every response he provided on the sworn application was "N/A."  The Court has thus been provided no information to warrant granting Plaintiff leave to proceed IFP.

### RECOMMENDATION

The undersigned recommends that Plaintiff's motion for leave to proceed IFP be denied.

### NOTICE OF RIGHT TO APPEAL/OBJECT

Within 14 days after being served with a copy of a Report and Recommendation, a party may serve and file written objections to the Report and Recommendation, specifically identifying the findings, conclusions, and recommendations to which she objects.  The District Court need not consider frivolous, conclusive, or general objections.  After service of objections, opposing parties have seven days to either serve and file a response or notify the District Judge that they do not intend to respond to the objection.  Except on grounds of plain error, a party

cannot attack on appeal any proposed factual finding or legal conclusion accepted by the District Court to which he did file timely objections. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

Signed, this the 15th day of April 2019.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE