UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| LADRECO HOWARD | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:19CV252TSL-RHW |
| STATE OF MISSISSIPPI | DEFENDANT |

## ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Robert H. Walker entered on April 15, 2019, recommending that plaintiff's motion to proceed in forma pauperis be denied based on plaintiff's failure to provide any financial information in connection with his motion. By his objection, plaintiff does not explain his failure or offer any financial information, but rather merely reiterates statements in his complaint. His objection is therefore overruled. The court hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Robert H. Walker entered on December April 15, 2019, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is further ordered that plaintiff shall pay the filing fee of $400.00 on or before May 15, 2019. Plaintiff's failure to pay the filing fee by this date will result in the dismissal of his complaint without further notice from the court.

SO ORDERED this 29th day of April, 2019.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE